UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS, INC.,<br><br>                      Plaintiff,<br><br>   v.<br><br>GAMBER-JOHNSON LLC,<br><br>                     Defendants. | Civil Case No. CV08-0049-JLR<br><br>**DECLARATION OF JEFFREY D. CARNEVALI IN SUPPORT OF NPI'S MOTION FOR EXPEDITED DISCOVERY**<br><br>**Noted on Motion Calendar:**<br>**Friday, May 2, 2008**<br><br>**ORAL ARGUMENT REQUESTED** |

I, Jeffrey D. Carnevali, hereby declare as follows:

1.     I am the founder and president of Plaintiff National Products, Inc. ("NPI"). My company is located at 1205 South Orr Street, Seattle, WA 98108.

2.     In 1992 I invented a mounting device used most commonly in cars, planes, and boats. This invention evolved into an entire line of mounting systems known as the "RAM mount" system. RAM mounts were the first of their kind to use a double-socket arm assembly with a clamp and rubber balls. The RAM mount was a very successful product, beginning with its release in 1994.

3.     Gamber-Johnson is no stranger to NPI. Gamber-Johnson's mounting systems are directly competitive with the RAM mounting systems and the two companies

**DARBY & DARBY P.C.**
**1191 SECOND AVENUE**
**SEATTLE, WASHINGTON 98101**
**TELEPHONE: 206.262.8900**

compete for business from the same end-users, namely, utility companies, law enforcement agencies, companies having mobile sales forces, to name a few. Both companies' mounting systems are primarily sold through distributors who, in turn, sell to the end-users.

4. On December 21, 2004, NPI filed suit against Gamber-Johnson in the United States District Court for the Western District of Washington at Seattle for patent and trade dress infringement in connection with the RAM hourglass-shaped double-socket arm assembly with a single clamp and rubber balls. After lengthy discovery and considerable motion practice the case was ultimately terminated with a consent judgment in our favor and Gamber admitting to infringement of our U.S. Patent No. 5,845,885. More recently, NPI filed another patent infringement suit against Gamber-Johnson, which is currently pending before the Honorable Richard A. Jones, Case No. C07-1985-RAJ.

5. Last summer, I personally became aware of Gamber-Johnson's infomercial, "The Mounting Evidence." I learned of it from one of my employees who was informed by one of our dealers. I discussed it with several of my colleagues at the company and we were not overly concerned about it because we felt that the claims made in the infomercial were so false, distorted and overstated that distributors and vehicle mounting systems end-users would see right through it, recognizing that it was not an independent objective product comparison supported by scientifically conducted studies. Consequently, NPI took no action at that time to stop the dissemination of The Mounting Evidence infomercial.

6. On December 4, 2007, I received a telephone call from Winston Douglas Mayer, the founder of Mobile Desk SVP, Inc. ("Mobile Desk"), a company engaged in the design, manufacture, distribution and sale of mounting systems under the MOBILE DESK brand. For approximately six years NPI has been selling various RAM mounting system components such as laptop trays, arms, and power docking stations to Mobile Desk, who

DECLARATION OF JEFFREY D. CARNEVALI- 2 -
Civil Case No. CV08-cv-0049JLR
S:/20339/6003215-000/80168430

**DARBY & DARBY P.C.**
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101
TELEPHONE: 206.262.8900

then incorporates those components into its own MOBILE DESK brand mounting systems. NPI sells both standard RAM components to Mobile Desk as well as customized components that are often jointly developed and engineered.

7. During that conversation Mr. Mayer told me that he had only minutes before met with Joshua Simes of Comcast, the country's largest cable television provider, concerning certain vehicle mounting systems that Mobile Desk had several months earlier offered to sell Comcast and for which he provided pricing. Based on Mobile Desk's request for a proposal, Comcast formulated a budget for the purchase of vehicle mounting systems using Mobile Desk's pricing. However, at the meeting Mr. Simes informed Mr. Mayer that no orders would be placed at this time because certain safety issues had been raised by Michael Schiller, Comcast's Regional Safety Director, about the Mobile Desk mounts. Specifically, Mr. Simes told Mr. Mayer that Mr. Schiller had watched the Gamber-Johnson infomercial, The Mounting Evidence, which Mr. Simes then viewed with Mr. Mayer. As a result, no order was placed by Comcast with Mobile Desk and Mr. Mayer was required to re-engineer certain aspects of the MOBILE DESK vehicle mounting system including certain of the RAM components. Notwithstanding several design changes to the Mobile Desk vehicle mounting system Comcast has yet to place an order and, instead has thus far only ordered Gamber-Johnson vehicle mounting systems.

8. When I learned of this it became clear to me that I did not appreciate the true impact of Gamber-Johnson's The Mounting Evidence infomercial. Sophisticated purchasers, such as Comcast, actually believe the false and misleading statements contained in the infomercial with consumers believing our product to be unsafe and thereby causing NPI to lose sales. If Comcast believed these false and misleading statements I would have to believe that other sophisticated customers would as well. In fact, Gamber-Johnson's

DECLARATION OF JEFFREY D. CARNEVALI- 3 -
Civil Case No. CV08-cv-0049JLR
S:/20339/6003215-000/80168430

DARBY & DARBY P.C.
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101
TELEPHONE: 206.262.8900

public relations agency, Thomas Marks & Associates, the company that created The Mounting Evidence infomercial, touts that "the nationwide reseller network of Gamber-Johnson has indicated this selling device has accounted for a fifteen percent increase in closing ratios." *See* Exh. 4 of Amended Complaint. Consequently, I believe that consumer confusion is both real and substantial.

9. After speaking with Mr. Mayer I immediately contacted my counsel to see what, if anything, could be done. On January 14, 2008 NPI field this action for false advertising. Shortly thereafter counsel for the parties engaged in settlement discussions. Although the case did not settle it was NPI's understanding based on those discussions that Gamber-Johnson would stop distributing the DVD version of the Mounting Evidence infomercial at trade shows and remove it from its website. However, in mid-March NPI learned that Gamber-Johnson was still distributing the DVD version of The Mounting Evidence infomercial when its representatives saw it being distributed at the General Dynamics/Itronix Trade Show.

10. On or about March 17, 2008, I then instructed my counsel to contact Gamber-Johnson's counsel to request that it agree to discontinue the distribution of the DVD and remove the infomercial from its website or else NPI would move for preliminary injunction. Those discussions were unsuccessful. Consequently, I submit this declaration in support of NPI's motion for expedited discovery. I believe discovery will show that Gamber-Johnson's The Mounting Evidence infomercial is biased, false and misleading and not supported by sound scientific studies. Upon the completion of discovery NPI intends to move for preliminary injunctive relief.

DECLARATION OF JEFFREY D. CARNEVALI- 4 -
Civil Case No. CV08-cv-0049JLR
S:/20339/6003215-000/80168430

**DARBY & DARBY P.C.**
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101
TELEPHONE: 206.262.8900

1    I declare under the penalty of perjury that the foregoing is true and correct.

2    Executed in King County, Washington on April 16, 2008.

3

4                                               Jeffrey D. Carnevali

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DECLARATION OF JEFFREY D. CARNEVALI- 5 -
Civil Case No. CV08-cv-0049JLR
S:/20339/6003215-000/80168430

DARBY & DARBY P.C.
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101
TELEPHONE: 206.262.8900

# CERTIFICATE OF SERVICE

I, Sharie L. Parks, hereby certify that on April 17, 2008, I caused the foregoing

**DECLARATION OF JEFFREY D. CARNEVALI IN SUPPORT OF NPI'S MOTION**

**FOR EXPEDITED DISCOVERY** to be served on the following parties as indicated

below:

| | |
|---|---|
| Mark S. Parris<br>Molly Terwilliger<br>HELLER EHRMAN LLP<br>701 Fifth Avenue, Ste. 6100<br>Seattle, WA 98104-7098<br><br>*Attorneys for Defendant Gamber Johnson LLC* | [ ]  By United States Mail<br>**[X]  By Legal Messenger**<br>**[X]  By Electronic CM/ECF**<br>[ ]  By Overnight Express Mail<br>[ ]  By Facsimile<br>[ ]  By Email [by agreement of counsel] |
| David De Bruin<br>Michael Best & Friedrich LLP<br>100 East Wisconsin Avenue<br>Suite 3300<br>Milwaukee, WI 53202-4108<br><br>*Attorneys for Defendant Gamber Johnson LLC* | [ ]  By United States Mail<br>[ ]  By Legal Messenger<br>**[X]  By Electronic CM/ECF**<br>[ ]  By Overnight Express Mail<br>[ ]  By Facsimile<br>[ ]  By Email [by agreement of counsel] |

DATED: April 17, 2008  
                                       s/ Sharie L. Parks  
                                       for David K. Tellekson, WSBA No. 33523  
                                       Robert L. Jacobson, WSBA No. 30838  
                                       Mark P. Walters, WSBA No. 30819  
                                       DARBY & DARBY P.C.

**DARBY & DARBY P.C.**  
**1191 SECOND AVENUE**  
**SEATTLE, WASHINGTON 98101**  
**TELEPHONE: 206.262.8900**