Honorable James L. Robart

FILED ___ ENTERED
LODGED ___ RECEIVED

JAN 14 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

08-CV-00049-ORD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GAMBER-JOHNSON LLC, <br><br> Defendant. | Civil Case No. CV08-0049-JLR <br><br> STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE <br><br> Note on Motion Calendar: <br> **January 13, 2009** |

## I.   STIPULATION

The parties by and through their attorneys of record hereby move jointly for a modification of the case schedule. The requested modification is as follows:

| | Existing Deadline | Proposed Extended Deadline |
|---|---|---|
| Jury Trial Date | 09/21/2009 | 04/05/10 |
| Disclosure of expert testimony under FRCP 26(a)(2) | 02/20/2009 | 07/24/09 |
| Discovery completed by | 04/20/2009 | 09/25/09 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR7(d)) | 05/21/2009 | 10/23/09 |
| Settlement conference per CR 39.1(c)(2) held no later than | 06/22/2009 | 12/11/09 |
| Mediation per CR 39.1(c)(3) held no later than | 07/20/2009 | 01/15/10 |

STIPULATED MOTION AND [PROPOSED] ORDER
TO MODIFY CASE SCHEDULE      - 1 -
Civil Case No. CV08-0049-JLR

DARBY & DARBY P.C.
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101
TELEPHONE: 206.262.8900

|  | Existing Deadline | Proposed Extended Deadline |
|---|---|---|
| All motions in limine must be filed by and noted on the motion calendar no later than the second Friday thereafter | 08/14/2009 | 03/05/10 |
| Agreed pretrial order due | 08/21/2009 | 03/05/10 |
| Pretrial conference to be held at 2:00 PM on | 08/25/2009 | 03/26/10 |
| Trial briefs, proposed voir dire questions and jury instructions | 09/08/2009 | 03/19/10 |

The extension is necessary in view of the Court's order granting in-part plaintiff's motion to compel discovery. (Docket No. 44.) Counsel for the plaintiff has trials scheduled in the following matters in 2010

- **February 10, 2010**, *Widevine v. Verimatrix* (E.D. Texas) Case No.: 07-0321 TJW-CE (estimated length of trial, 10-14 days);

- **June 9, 2010**, *Widevine v. Verimatrix* (W.D. Wash.) Case No.: 08-1039-JLR Trial (estimated length of trial, 8 days).

## II.    [PROPOSED] ORDER

In view of the parties' stipulation and for good cause shown, the Court hereby extends the case schedule as follows:

|  | New Deadline |
|---|---|
| Jury Trial Date | 04/05/10 |
| Disclosure of expert testimony under FRCP 26(a)(2) | 07/24/09 |
| Discovery completed by | 09/25/09 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR7(d)) | 10/23/09 |
| Settlement conference per CR 39.1(c)(2) held no later than | 12/11/09 |

STIPULATED MOTION AND [PROPOSED] ORDER
TO MODIFY CASE SCHEDULE        - 2 -
Civil Case No. CV08-0049-JLR

DARBY & DARBY P.C.
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101
TELEPHONE: 206.262.8900

|  | New Deadline |
|---|---|
| Mediation per CR 39.1(c)(3) held no later than | 01/15/10 |
| All motions in limine must be filed by and noted on the motion calendar no later than the second Friday thereafter | 03/05/10 |
| Agreed pretrial order due | 03/05/10 |
| Pretrial conference to be held at 2:00 PM on | 03/26/10 |
| Trial briefs, proposed voir dire questions and jury instructions | 03/19/10 |

IT IS SO ORDERED.

Dated this 14th day of January, 2009.

_____
Honorable James L. Robart
United States District Court Judge

Presented by:

By: s/ David K. Tellekson
David K. Tellekson, WSBA No. 33523
Robert L. Jacobson, WSBA No. 30838
Mark P. Walters, WSBA No. 30819
DARBY & DARBY P.C.
1191 Second Avenue, Ste. 2000
Seattle, Washington 98101
Telephone: (206) 262-8900
Email: dtellekson@darbylaw.com

*Attorneys for Plaintiff National Products, Inc.*

STIPULATED MOTION AND [PROPOSED] ORDER
TO MODIFY CASE SCHEDULE          - 3 -
Civil Case No. CV08-0049-JLR

DARBY & DARBY P.C.
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101
TELEPHONE: 206.262.8900

1  By: s/ David L. De Bruin
   David L. De Bruin *(pro hac vice)*
2  Melanie J. Reichenberger *(pro hac vice)*
   MICHAEL BEST & FRIEDRICH LLP
3  180 N. Stetson Ave., Ste. 2000
   Chicago, IL 60601
4  Telephone: (312) 222-0800
   Email: dldebruin@michaelbest.com

5

   Mark S. Parris, WSBA No. 13870
6  ORRICK HERRINGTON & SUTCLIFFE LLP
   719 Second Avenue, Ste. 1000
7  Seattle, WA 98104
   Telephone: 206.839.4300
   Email: mparris@orrick.com
8
   *Attorneys for Defendant Gamber Johnson LLC*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION AND [PROPOSED] ORDER
TO MODIFY CASE SCHEDULE          - 4 -
Civil Case No. CV08-0049-JLR

DARBY & DARBY P.C.
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101
TELEPHONE: 206.262.8900

# CERTIFICATE OF SERVICE

I, Sharie L. Parks, hereby certify that on January 13, 2009, I caused the foregoing **STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE** to be served on the following parties as indicated below:

| | |
|---|---|
| Mark S. Parris<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>719 Second Avenue, Ste. 1000<br>Seattle, WA 98104<br><br>*Attorneys for Defendant Gamber-Johnson LLC* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[X] **By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email [by agreement of counsel] |
| David De Bruin *(pro hac vice)*<br>Melanie J. Reichenberger *(pro hac vice)*<br>MICHAEL BEST & FRIEDRICH LLP<br>100 East Wisconsin Avenue<br>Suite 3300<br>Milwaukee, WI 53202-4108<br><br>*Attorneys for Defendant Gamber-Johnson LLC* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[X] **By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email [by agreement of counsel] |

DATED: January 13, 2009

s/ Sharie L. Parks
for David K. Tellekson, WSBA No. 33523
Robert L. Jacobson, WSBA No. 30838
Mark P. Walters, WSBA No. 30819
DARBY & DARBY P.C.

STIPULATED MOTION AND [PROPOSED] ORDER
TO MODIFY CASE SCHEDULE    - 5 -
Civil Case No. CV08-0049-JLR

DARBY & DARBY P.C.
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101
TELEPHONE: 206.262.8900