Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| NATIONAL PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GAMBER-JOHNSON LLC, <br><br> Defendant. | Case No. C08-0049 JLR <br><br> **DECLARATION OF JONATHAN D. JAY IN SUPPORT OF DEFENDANT GAMBER-JOHNSON LLC'S MOTION FOR SUMMARY JUDGMENT** <br><br> NOTE ON MOTION CALENDAR: FRIDAY, JANUARY 8, 2010 <br><br> ORAL ARGUMENT REQUESTED |

1. I am an attorney with the law firm Leffert Jay & Polglaze, P.A., Suite 1900, 150 South Fifth Street, Minneapolis, Minnesota 55402, and I represent Defendant Gamber-Johnson LLC ("Gamber") in the above-captioned matter. I have personal knowledge of the matters stated herein. I am providing this Affidavit in support of Defendant Gamber's Motion for Summary Judgment in this matter.

2. Attached hereto as Exhibit A is a true and accurate copy of The Mounting Evidence DVD.

3. Attached hereto as Exhibit B is a true and accurate copy of Truth About Trucks DVD.

DECLARATION OF JONATHAN D. JAY IN SUPPORT OF
DEFENDANT MOTION FOR SUMMARY JUDGMENT
(NO. C08-0049 JLR)

- 1 -

LEFFERT JAY & POLGLAZE, P.A.
150 SOUTH FIFTH STREET, SUITE 1900
MINNEAPOLIS, MN 55402
TEL: 612-312-2200

4. Attached hereto as Exhibit C is a true and accurate copy of excerpts from the deposition of Steven Zuelke.

5. Attached hereto as Exhibit D is a true and accurate copy of excerpts from the deposition of Chad Remmers.

6. Attached hereto as Exhibit E is a true and accurate copy of a photograph of a Gamber-Johnson mounting system.

7. Attached hereto as Exhibit F is a true and accurate copy of Plaintiff NPI's Supplemental Initial Disclosures Pursuant to Fed. R. Civ. Rule 26(a)(1).

8. Attached hereto as Exhibit G is a true and accurate copy of excerpts from the deposition of Michael Turner.

9. Attached hereto as Exhibit H is a true and accurate copy of excerpts from the deposition of Thomas Marks.

10. Attached hereto as Exhibit I is a true and accurate copy of excerpts from the deposition of Dave Long.

11. Attached hereto as Exhibit J is a true and accurate copy of Dave Long Deposition Exhibit 31.

12. Attached hereto as Exhibit K is a true and accurate copy of excerpts from the deposition of Aaron Hersey.

13. Attached hereto as Exhibit L is a true and accurate copy of excerpts from the deposition of David Eby.

DECLARATION OF JONATHAN D. JAY IN SUPPORT OF
DEFENDANT MOTION FOR SUMMARY JUDGMENT
(NO. C08-0049 JLR)

- 2 -

LEFFERT JAY & POLGLAZE, P.A.
150 SOUTH FIFTH STREET, SUITE 1900
MINNEAPOLIS, MN 55402
TEL: 612-312-2200

14. Attached hereto as Exhibit M is a true and accurate copy of excerpts from the deposition of Joshua Simes.

15. Attached hereto as Exhibit N is a true and accurate copy of excerpts from the deposition of Dennis Jones.

16. Attached hereto as Exhibit O is a true and accurate copy of the Amended Complaint.

17. Attached hereto as Exhibit P is a true and accurate copy of Plaintiff NPI's Answers to Defendant Gamber-Johnson's First Set of Interrogatories.

18. Attached hereto as Exhibit Q is a true and accurate copy of Plaintiff NPI's Answers to Defendant Gamber-Johnson's Second Set of Interrogatories.

19. Attached hereto as Exhibit R is a true and accurate copy of the Expert Report of David Eby.

20. Attached hereto as Exhibit S is a true and accurate copy of Scott Zuelke Deposition Exhibit 147.

21. Attached hereto as Exhibit T is a true and accurate copy of Scott Zuelke Deposition Exhibit 166.

22. Attached hereto as Exhibit U is a true and accurate copy of Dave Long Deposition Exhibit 3.

23. Attached hereto as Exhibit V is a true and accurate copy of Chad Remmers Deposition Exhibit 1.

DECLARATION OF JONATHAN D. JAY IN SUPPORT OF
DEFENDANT MOTION FOR SUMMARY JUDGMENT
(NO. C08-0049 JLR)

- 3 -

LEFFERT JAY & POLGLAZE, P.A.
150 SOUTH FIFTH STREET, SUITE 1900
MINNEAPOLIS, MN 55402
TEL: 612-312-2200

24. Attached hereto as Exhibit W is a true and accurate copy of Chad Remmers Deposition Exhibit 3.

25. Attached hereto as Exhibit X is a true and accurate copy of Aaron Hersey Deposition Exhibit 2.

26. Attached hereto as Exhibit Y is a true and accurate copy of Aaron Hersey Deposition Exhibit 4.

27. Attached hereto as Exhibit Z is a true and accurate copy of Aaron Hersey Deposition Exhibit 11.

28. Attached hereto as Exhibit AA is a true and accurate copy of excerpts from the deposition of Michael Schiller.

29. Attached hereto as Exhibit BB is a true and accurate copy of a Letter from David Tellekson to Jonathan D. Jay dated July 31, 2009.

30. Attached hereto as Exhibit CC is a true and accurate copy of excerpts from the deposition of David Wilkinson.

31. Attached hereto as Exhibit DD is a true and accurate copy of Dave Long Deposition Exhibit 6.

32. Attached hereto as Exhibit EE is a true and accurate copy of Expert Report of Stephen Nowlis.

33. Attached hereto as Exhibit FF is a true and accurate copy of www.gamberjohnson.com/about_1.0.php.

DECLARATION OF JONATHAN D. JAY IN SUPPORT OF
DEFENDANT MOTION FOR SUMMARY JUDGMENT
(NO. C08-0049 JLR)

- 4 -

LEFFERT JAY & POLGLAZE, P.A.
150 SOUTH FIFTH STREET, SUITE 1900
MINNEAPOLIS, MN 55402
TEL: 612-312-2200

34. Attached hereto as Exhibit GG is a true and accurate copy of excerpts from the deposition of Jennifer Guerndt.

35. Attached hereto as Exhibit HH is a true and accurate copy of excerpts from the deposition of Jeff Greene.

36. Attached hereto as Exhibit II is a true and accurate copy of document GJ305684.

37. Attached hereto as Exhibit JJ is a true and accurate copy of excerpts from the deposition of Doug Mayer.

I declare under penalty of perjury under the laws of the State of Washington that the forgoing is true and correct and that this declaration was executed on December 4, 2009, at Minneapolis, Minnesota.

_____
Jonathan D. Jay

DECLARATION OF JONATHAN D. JAY IN SUPPORT OF
DEFENDANT MOTION FOR SUMMARY JUDGMENT
(NO. C08-0049 JLR)

- 5 -

LEFFERT JAY & POLGLAZE, P.A.
150 SOUTH FIFTH STREET, SUITE 1900
MINNEAPOLIS, MN 55402
TEL: 612-312-2200