UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS, INC., <br><br> Plaintiff, <br> v. <br> GAMBER-JOHNSON LLC, <br><br> Defendant. | Civil Case No. CV08-0049-JLR <br><br> **STIPULATED MOTION TO SEAL PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT EVIDENCE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF MARK P. WALTERS** <br><br> <u>**Note on Motion Calendar**</u>: **Tues., January 26, 2010** |

Plaintiff, National Products, Inc. ("NPI"), through its counsel of record hereby moves for an order sealing Plaintiff's Motion for Leave to Supplement Evidence In Opposition to Defendant's Motion for Summary Judgment and Exhibits B and C to the [Proposed] Supplemental Declaration of Mark P. Walters in Opposition to Defendant's Motion for Summary Judgment. A compelling reason exists for sealing certain information contained in these documents, said information including customer names and other confidential information of third party witness General Dynamics/Itronix ("GDI"). As explained in the accompanying Declaration of Mark P. Walters In Support of Plaintiff's Motion to Seal, GDI maintains this information in confidence as a trade secret. GDI's trade

secret right in its customer names and other information outweighs the public's need to know this information for the purposes of the Court's consideration of Defendant, Gamber Johnson LLC's ("Gamber"), Motion for Summary Judgment (Docket No. 85). NPI has met and conferred with Defendant Gamber-Johnson LLC, who has indicated through counsel that there is no opposition to the Court's entry of an order sealing the above identified documents.

Dated: January 26, 2010

By:s/ Mark P. Walters
David K. Tellekson, WSBA No. 33523
Robert L. Jacobson, WSBA No. 30838
Mark P. Walters, WSBA No. 30819
DARBY & DARBY P.C.
1191 Second Avenue
Seattle, Washington 98101
Telephone: (206) 262-8900
Facsimile: (206) 262-8901
Email: dtellekson@darbylaw.com

*Attorneys for Plaintiff National Products, Inc.*

By:s/ Jonathan D. Jay
Jonathan D. Jay
Nicholas S. Kuhlmann
Terrance C. Newby
LEFFERT JAY & POLGLAZE, P.A.
150 South Fifth Street, Suite 1900
Minneapolis, MN 55402
Telephone: (612) 312-2210
Facsimile: (612) 312-2250
Email: jjay@ljp-iplaw.com

*Attorneys for Defendant Gamber-Johnson*

**STIPULATED MOTION TO SEAL**
Civil Case No. CV08-0049-JLR

- 2 -

**DARBY & DARBY P.C.**
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101
TELEPHONE: 206.262.8900

# CERTIFICATE OF SERVICE

I, Marlon R. Muñoz, hereby certify that on January 26, 2010, I caused the foregoing to **STIPULATED MOTION TO SEAL PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT EVIDENCE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF MARK P. WALTERS** be served on the following parties as indicated below:

| | |
|---|---|
| **Mark S. Parris**<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>701 Fifth Avenue, Ste. 5700<br>Seattle, WA  98104-7097<br><br>*Attorneys for Defendant Gamber-Johnson LLC* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email [by agreement of counsel]<br>mparris@orrick.com |
| **Jonathan D. Jay**<br>**Nicholas S. Kuhlmann**<br>**Terrance C. Newby**<br>LEFFERT JAY & POLGLAZE, P.A.<br>150 South Fifth Street, Suite 1900<br>Minneapolis, MN  55402<br><br>*Attorneys for Defendant Gamber-Johnson LLC* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email [by agreement of counsel]<br>jjay@ljp-iplaw.com<br>nkuhlmann@ljp-iplaw.com<br>tnewby@ljp-iplaw.com |
| **Michael A. Doornweerd**<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL  60654-3456<br><br>*Attorneys for Third Party General Dynamics/Itronix* | **[X] By United States Mail**<br>[ ] By Legal Messenger<br>[ ] By Electronic CM/ECF<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>**[X] By Email [by agreement of counsel]**<br>MDoornweerd@jenner.com |

DATED: January 26, 2010

s/ Marlon R. Muñoz
for David K. Tellekson, WSBA No. 33523
Robert L. Jacobson, WSBA No. 30838
Mark P. Walters, WSBA No. 30819
DARBY & DARBY P.C.

**STIPULATED MOTION TO SEAL** - 3 -
Civil Case No. CV08-0049-JLR

**DARBY & DARBY P.C.**
1191 SECOND AVENUE
SEATTLE, WASHINGTON 98101
TELEPHONE: 206.262.8900