Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GAMBER-JOHNSON LLC, <br><br> Defendant. | Civil Case No. CV08-0049-JLR <br><br> **STIPULATED MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTIONS IN LIMINE** <br><br> **Note on Motion Calendar:** <br> **March 15, 2010** |

The parties move jointly for an order to file the following exhibits which are attached to the declaration of Patrick E. Premo filed in opposition to Defendants Motions in Limine. (Docket No. 122.)

**Exhibit B** contains excerpts of the November 18, 2009 deposition of Dr. David Eby. Dr. Eby's testimony contains business information of NPI regarding testing of laptop mounts.

**Exhibit C** contains excerpts of the January 13, 2010 deposition of Howard Pace and Richard Gardner, Rule 30(b)(6) witnesses for General Dynamics Itronix ("GDI"). It contains information of a confidential or proprietary nature according to the designation made by nonparty GDI.

**STIPULATED MOTION TO SEAL** - 1 -
Civil Case No. CV08-0049-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE (206) 389-4510; FACSIMILE (206) 389-4511

1   **Exhibit F** contains excerpts of the October 26, 2009 expert report of Scott Hampton.
2   Mr. Hampton's report, which contains Gamber's confidential sales information. (*See* Dkt.
3   No. 126)
4   **Exhibits H and M** contain information of a confidential or proprietary nature
5   according to the designations made by Defendant Gamber.
6   Facts supporting the parties request to seal the foregoing exhibits are set forth in the
7   Declaration of Patrick E. Premo filed contemporaneously herewith.

Date: March 15, 2010               FENWICK & WEST LLP

                                   By: s/ *David K. Tellekson*
                                   David K. Tellekson, WSBA No. 33523
                                   Ewa M. Davison, WSBA No. 39524
                                   Virginia K. DeMarchi (*pro hac vice*)
                                   Patrick E. Premo (*pro hac vice*)

                                   1191 Second Avenue, 10th Floor
                                   Seattle, WA 98101
                                   Phone: 206-389-4564
                                   Fax: 206-389-4511
                                   Email: dtellekson@fenwick.com

                                   Attorneys for Plaintiff
                                   *National Products, Inc.*


Date: March 15, 2010               By: s/ *Jonathan D. Jay*
                                   Jonathan D. Jay
                                   Nicholas S. Kuhlmann
                                   Terrance C. Newby
                                   LEFFERT JAY & POLGLAZE, P.A.
                                   150 South Fifth Street, Suite 1900
                                   Minneapolis, MN 55402
                                   Phone: 612-312-2210
                                   Fax: 612-312-2210
                                   Email: jjay@ljp-iplaw.com

                                   Attorneys for Defendant
                                   *Gamber-Johnson LLC*

# CERTIFICATE OF SERVICE

I, Sharie L. Parks, hereby certify that on March 15, 2010, I caused the foregoing **PLAINTIFF'S MOTION TO FILE CERTAIN EXHIBITS TO ITS OPPOSITION TO DEFENDANT'S MOTIONS IN LIMINE UNDER SEAL** to be served on the following parties as indicated below:

| | |
|---|---|
| **Mark S. Parris**<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>701 Fifth Avenue, Ste. 5700<br>Seattle, WA 98104-7097<br><br>*Attorneys for Defendant Gamber-Johnson LLC* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email [by agreement of counsel]<br>mparris@orrick.com |
| **Jonathan D. Jay**<br>**Nicholas S. Kuhlmann**<br>**Terrance C. Newby**<br>LEFFERT JAY & POLGLAZE, P.A.<br>150 South Fifth Street, Suite 1900<br>Minneapolis, MN 55402<br><br>*Attorneys for Defendant Gamber-Johnson LLC* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email [by agreement of counsel]<br>jjay@ljp-iplaw.com<br>nkuhlmann@ljp-iplaw.com<br>tnewby@ljp-iplaw.com |

DATED: March 15, 2010

s/ *Sharie L. Parks*
for David K. Tellekson, WSBA No. 33523
FENWICK & WEST LLP

**STIPULATED MOTION TO SEAL** - 3 -
Civil Case No. CV08-0049-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
**TELEPHONE (206) 389-4510; FACSIMILE (206) 389-4511**