# EXHIBIT 1
# PLAINTIFF'S DEPOSITION DESIGNATIONS

| DEPONENT | DATE | FROM (PAGE:LINE) | THROUGH (PAGE:LINE) |
|---|---|---|---|
| **Belcher, Brian** | **10/20/09** | 7:1 | 7:3 |
| | | 9:18 | 14:18 |
| | | 15:6 | 18:8 |
| | | 25:17 | 25:25 |
| | | 26:3 | |
| | | 27:5 | 28:3 |
| | | 30:3 | |
| | | 30:6 | 30:12 |
| | | 31:1 | 31:4 |
| | | 39:10 | 39:11 |
| | | 39:13 | 39:19 |
| | | 39:23 | 39:24 |
| | | 40:2 | |
| | | 43:15 | 43:16 |
| | | 43:19 | 44:4 |
| | | 45:14 | 45:17 |
| | | 45:22 | 46:15 |
| | | 46:16 | 46:24 |
| | | 46:25 | 47:17 |
| | | 47:21 | 48:10 |
| | | 48:16 | 49:6 |
| | | 49:8 | |
| | | 51:1 | 51:7 |
| | | 51:12 | 52:12 |
| | | 54:15 | 54:20 |
| | | 55:1 | 55:23 |
| | | 55:25 | 56:18 |
| | | 56:23 | 57:4 |
| | | 58:1 | 58:18 |
| | | 59:23 | 60:14 |
| | | 60:16 | 60:23 |
| | | 61:6 | 62:10 |
| | | 62:12 | 62:18 |
| | | 62:20 | 62:25 |
| | | 63:12 | 63:21 |
| | | 63:23 | 64:1 |
| | | 64:14 | 64:22 |
| | | 66:6 | 66:22 |
| | | 69:12 | 70:2 |
| | | 70:17 | 70:23 |
| | | 71:5 | 71:14 |

# EXHIBIT 1
# PLAINTIFF'S DEPOSITION DESIGNATIONS

| DEPONENT | DATE | FROM (PAGE:LINE) | THROUGH (PAGE:LINE) |
|---|---|---|---|
| | | 71:16 | 71:24 |
| | | 72:20 | 73:17 |
| | | 73:21 | |
| | | 75:15 | 75:17 |
| | | 75:19 | 76:3 |
| | | 76:6 | 76:10 |
| | | 77:6 | 78:1 |
| | | 83:19 | 83:25 |
| | | 86:6 | 87:15 |
| | | 88:13 | 88:15 |
| | | 88:20 | 90:2 |
| | | 90:5 | 90:18 |
| | | 91:2 | 92:1 |
| | | 92:8 | 92:13 |
| | | 93:7 | 93:10 |
| | | 93:12 | 93:23 |
| | | 95:7 | 95:18 |
| | | 100:3 | 100:11 |
| | | 102:3 | 102:17 |
| | | 103:25 | 104:15 |
| | | 105:5 | 105:14 |
| | | 107:19 | 108:6 |
| | | 109:19 | 110:10 |
| | | 110:12 | 110:18 |
| | | 110:20 | 111:25 |
| | | 112:3 | 112:11 |
| | | 112:13 | 113:9 |
| | | 113:13 | |
| | | 116:6 | 116:17 |
| | | 116:20 | |
| | | 117:9 | 117:20 |
| | | 117:23 | |
| | | 118:2 | 118:25 |
| | | 119:3 | 119:16 |
| | | 121:7 | 121:11 |
| | | 121:14 | 121:22 |
| | | 121:24 | 122:3 |
| | | 123:1 | 123:8 |
| | | 123:12 | 123:15 |
| | | 123:19 | 123:24 |
| | | 127:5 | 127:7 |
| | | 127:14 | 128:6 |

# EXHIBIT 1
# PLAINTIFF'S DEPOSITION DESIGNATIONS

| DEPONENT | DATE | FROM (PAGE:LINE) | THROUGH (PAGE:LINE) |
|---|---|---|---|
| | | 128:9 | 128:10 |
| | | 128:19 | 129:6 |
| | | 129:9 | 129:14 |
| | | 129:16 | 130:7 |
| | | 130:9 | 130:11 |
| | | 130:13 | 131:9 |
| | | 131:11 | 131:17 |
| | | 131:19 | 132:6 |
| | | 135:19 | 136:5 |
| **Gardner, Richard** | **1/13/10** | 134:10 | 135:4 |
| | | 136:15 | 140:16 |
| | | 140:18 | 142:22 |
| | | 143:8 | 144:14 |
| | | 144:18 | 146:1 |
| | | 147:5 | 149:12 |
| | | 149:14 | 153:3 |
| | | 153:9 | 154:11 |
| | | 154:14 | 154:20 |
| | | 155:8 | 155:20 |
| | | 156:5 | 156:20 |
| | | 157:2 | 157:4 |
| | | 158:20 | 160:15 |
| | | 164:15 | 164:20 |
| | | 164:22 | 169:9 |
| | | 170:4 | 170:8 |
| | | 170:14 | 171:7 |
| | | 171:16 | 172:5 |
| | | 172:8 | 176:7 |
| | | 177:3 | 179:11 |
| | | 180:15 | 181:1 |
| | | 183:11 | 184:12 |
| | | 184:18 | 184:24 |
| | | 185:5 | 185:10 |
| | | 185:14 | 185:17 |
| | | 189:13 | 189:21 |
| **Greene, Jeffrey** | **6/17/08** | 4:24 | 6:19 |
| | | 7:25 | 8:15 |
| | | 12:9 | 14:23 |
| | | 15:2 | 15:5 |
| | | 15:18 | 18:15 |
| | | 18:24 | 19:12 |
| | | 20:3 | 23:18 |

**EXHIBIT 1**
**PLAINTIFF'S DEPOSITION DESIGNATIONS**

| DEPONENT | DATE | FROM (PAGE:LINE) | THROUGH (PAGE:LINE) |
|---|---|---|---|
| | | 24:1 | 25:25 |
| | | 26:16 | 26:22 |
| | | 30:18 | 32:2 |
| | | 32:7 | 32:13 |
| | | 33:7 | 34:17 |
| | | 34:24 | 34:25 |
| | | 35:23 | 37:1 |
| | | 38:17 | 38:25 |
| | | 41:3 | 41:14 |
| | | 42:23 | 43:3 |
| | | 44:2 | 45:10 |
| | | 46:3 | 46:13 |
| | | 47:3 | 47:16 |
| | | 48:3 | 48:25 |
| | | 49:8 | 51:10 |
| | | 55:18 | 57:8 |
| | | 57:16 | 58:21 |
| | | 59:24 | 60:5 |
| | | 61:20 | 62:7 |
| | | 62:12 | 63:4 |
| | | 64:23 | 66:24 |
| | | 67:5 | 68:17 |
| | | 69:2 | 69:16 |
| | | 70:5 | 70:21 |
| | | 70:23 | 71:3 |
| | | 71:23 | 75:1 |
| | | 75:5 | 79:19 |
| | | 80:3 | 81:18 |
| | | 82:23 | 86:23 |
| | | 86:25 | 87:18 |
| | | 88:15 | 89:9 |
| | | 89:24 | 91:6 |
| | | 97:3 | 98:2 |
| | | 99:14 | 101:5 |
| | | 102:8 | 105:19 |
| | | 106:11 | 107:18 |
| | | 108:12 | 109:23 |
| | | 111:9 | 112:17 |
| | | 112:19 | 113:6 |
| | | 113:18 | 114:8 |
| | | 114:23 | 117:19 |
| | | 122:10 | 123:23 |

# EXHIBIT 1
# PLAINTIFF'S DEPOSITION DESIGNATIONS

| DEPONENT | DATE | FROM (PAGE:LINE) | THROUGH (PAGE:LINE) |
|---|---|---|---|
| | | 124:15 | 128:11 |
| | | 128:18 | 130:23 |
| | | 131:1 | 131:7 |
| | | 133:25 | 134:9 |
| | | 135:14 | 136:14 |
| | | 136:18 | 137:6 |
| | | 137:17 | 138:12 |
| | | 139:5 | 139:15 |
| | | 140:10 | 141:16 |
| | | 141:22 | 143:16 |
| | | 143:22 | 144:1 |
| | | 148:17 | 149:2 |
| | | 149:9 | 149:22 |
| | | 150:23 | 152:25 |
| | | 155:18 | 158:20 |
| | | 160:24 | 161:15 |
| | | 161.25 | 162.16 |
| | | 163:3 | 164:25 |
| | | 167:1 | 170:19 |
| | | 171:2 | 171:6 |
| | | 172:13 | 173:10 |
| | | 173:13 | 175:16 |
| | | 176:1 | 177:12 |
| | | 177:18 | 177:25 |
| | | 178:10 | 182:3 |
| | | 182:15 | 183:1 |
| | | 184:2 | 184:22 |
| | | 185:24 | 186:17 |
| | | 190:21 | 194:5 |
| | | 194:14 | 195:24 |
| | | 197:8 | 203:16 |
| | | 204:16 | 206:4 |
| | | 206:22 | 208:10 |
| | | 208:22 | 209:24 |
| | | 210:17 | 212:25 |
| | | 213:13 | 214:7 |
| | | 215:4 | 216:20 |
| | | 217:10 | 220:9 |
| | | 222:7 | 224:4 |
| | | 224:19 | 225:12 |
| | | 227:8 | 232:2 |
| | | 232:6 | 233:12 |

**EXHIBIT 1**
**PLAINTIFF'S DEPOSITION DESIGNATIONS**

| DEPONENT | DATE | FROM (PAGE:LINE) | THROUGH (PAGE:LINE) |
|---|---|---|---|
| | | 234:1 | 234:19 |
| | | 236:18 | 237:9 |
| | | 237:14 | 238:6 |
| | | 238:14 | 239:21 |
| | | 242:8 | 243:2 |
| | | 244:1 | 245:11 |
| | | 247:24 | 251:20 |
| | | 252:9 | 253:23 |
| | | 254:19 | 255:14 |
| | | 256:13 | 260:25 |
| | | 267:5 | 267:24 |
| | | 268:11 | 269:15 |
| **Greene, Jeffrey** | **12/13/09** | 9:19 | 9:25 |
| | | 11:3 | 11:25 |
| | | 14:6 | 14:11 |
| | | 17:10 | 17:17 |
| | | 18:11 | 22:19 |
| | | 24:25 | 26:10 |
| | | 32:17 | 33:13 |
| | | 34:18 | 34:20 |
| | | 37:10 | 38:14 |
| | | 41:1 | 41:22 |
| | | 51:25 | 53:5 |
| | | 53:10 | 54:14 |
| | | 54:22 | 56:4 |
| | | 56:11 | 56:24 |
| | | 59:3 | 59:21 |
| | | 60:19 | 61:10 |
| | | 61:13 | 61:17 |
| | | 61:20 | 63:13 |
| | | 65:4 | 70:17 |
| | | 70:23 | 71:15 |
| | | 76:11 | 78:20 |
| | | 79:4 | 79:21 |
| | | 79:24 | 82:10 |
| | | 82:15 | 84:17 |
| | | 85:2 | 85:12 |
| | | 85:17 | 85:25 |
| | | 86:19 | 87:15 |
| | | 86:24 | |
| | | 88:16 | 90:9 |
| | | 89:10 | 89:23 |

**EXHIBIT 1**
**PLAINTIFF'S DEPOSITION DESIGNATIONS**

| DEPONENT | DATE | FROM (PAGE:LINE) | THROUGH (PAGE:LINE) |
|---|---|---|---|
| | | 91:8 | 93:4 |
| | | 95:5 | 99:24 |
| | | 100:10 | 102:4 |
| | | 102:10 | 102:17 |
| | | 104:22 | 105:4 |
| | | 106:21 | 108:25 |
| | | 110:9 | 110:17 |
| | | 110:23 | 111:25 |
| | | 112:14 | 113:24 |
| | | 114:23 | 115:23 |
| | | 116:11 | 116:23 |
| | | 118:2 | 118:14 |
| | | 124:8 | 125:10 |
| | | 128:3 | 129:5 |
| | | 129:10 | 132:12 |
| **Guerndt, Jennifer** | **8/26/09** | 4:7 | 4:18 |
| | | 6:12 | 6:14 |
| | | 9:9 | 9:18 |
| | | 14:8 | 14:17 |
| | | 14:18 | 15:7 |
| | | 14:19 | 15:1 |
| | | 17:4 | 17:7 |
| | | 18:9 | 18:18 |
| | | 20:3 | 20:12 |
| | | 20:25 | 21:8 |
| | | 23:8 | 23:18 |
| | | 23:24 | 24:1 |
| | | 24:4 | 24:17 |
| | | 28:6 | 28:20 |
| | | 29:16 | 29:20 |
| | | 29:21 | 29:23 |
| | | 30:18 | 30:24 |
| | | 31:16 | 31:18 |
| | | 38:21 | 39:1 |
| | | 46:1 | 46:20 |
| | | 51:9 | 51:15 |
| | | 66:1 | 67:9 |
| | | 69:3 | 69:6 |
| | | 74:5 | 74:7 |
| | | 77:3 | 77:21 |
| | | 83:3 | 84:10 |
| | | 84:25 | 85:9 |

**EXHIBIT 1**
**PLAINTIFF'S DEPOSITION DESIGNATIONS**

| DEPONENT | DATE | FROM (PAGE:LINE) | THROUGH (PAGE:LINE) |
|---|---|---|---|
| | | 110:17 | 111:2 |
| | | 111:15 | 112:25 |
| | | 113:17 | 113:20 |
| | | 117:15 | 118:10 |
| | | 120:20 | 121:3 |
| | | 121:4 | 121:8 |
| | | 138:2 | 138:13 |
| | | 149:1 | 149:25 |
| | | 150:1 | 150:24 |
| | | 158:20 | 159:19 |
| | | 160:6 | 162:20 |
| | | 161:16 | 162:1 |
| **Guerndt, Jennifer** | **12/15/09** | 10:10 | 11:8 |
| | | 16:15 | 17:2 |
| | | 36:24 | 38:19 |
| | | 43:4 | 43:23 |
| | | 44:15 | 45:17 |
| | | 52:22 | 54:24 |
| | | 54:25 | 58:4 |
| | | 77:5 | 77:11 |
| | | 78:7 | 81:3 |
| | | 97:11 | 97:15 |
| | | 97:16 | 98:4 |
| | | 100:12 | 101:2 |
| | | 102:3 | 102:9 |
| | | 127:5 | 127:11 |
| | | 148:4 | 149:9 |
| | | 157:6 | 158:2 |
| | | 158:6 | 159:4 |
| | | 162:15 | 163:6 |
| | | 171:25 | 173:3 |
| | | 193:13 | 193:17 |
| | | 202:21 | 205:14 |
| **Jones, Dennis** | **9/16/09** | 10:4 | 10:13 |
| | | 14:3 | 15:1 |
| | | 16:20 | 17:6 |
| | | 56:22 | 57:10 |
| **Lewandowski, Jason** | **12/16/09** | 4:18 | 5:6 |
| | | 5:4 | 5:7 |
| | | 9:6 | 9:10 |
| | | 11:12 | 11:20 |
| | | 11:21 | 12:9 |

# EXHIBIT 1
# PLAINTIFF'S DEPOSITION DESIGNATIONS

| DEPONENT | DATE | FROM (PAGE:LINE) | THROUGH (PAGE:LINE) |
|---|---|---|---|
| | | 12:12 | 12:19 |
| | | 12:24 | 14:25 |
| | | 17:1 | 17:22 |
| | | 19:6 | 19:24 |
| | | 19:25 | 20:2 |
| | | 20:3 | 22:16 |
| | | 20:20 | 22:19 |
| | | 23:5 | 24:3 |
| | | 24:4 | 25:9 |
| | | 25:17 | 25:23 |
| | | 26:13 | 27:10 |
| | | 28:2 | 28:23 |
| | | 28:24 | 30:9 |
| | | 30:24 | 31:13 |
| | | 31:14 | 32:1 |
| | | 34:9 | 34:12 |
| | | 34:21 | 35:14 |
| | | 42:24 | 45:11 |
| **Long, David** | **7/9/09** | 7:10 | 10:8 |
| | | 13:4 | 13:13 |
| | | 30:11 | 32:16 |
| | | 34:12 | 35:20 |
| | | 36:7 | 49:15 |
| | | 51:15 | 53:20 |
| | | 55:17 | 56:16 |
| | | 60:19 | 61:3 |
| | | 70:14 | 73:20 |
| | | 97:9 | 103:23 |
| | | 103:24 | 104:12 |
| | | 104:13 | 105:25 |
| | | 106:15 | 107:5 |
| | | 110:17 | 112:13 |
| | | 113:18 | 114:17 |
| | | 115:5 | 115:20 |
| | | 131:14 | 134:13 |
| | | 135:25 | 136:20 |
| | | 137:4 | 137:12 |
| | | 139:6 | 139:22 |
| | | 141:18 | 143:25 |
| | | 147:6 | 149:2 |
| | | 150:6 | 152:20 |
| | | 153:7 | 153:24 |

# EXHIBIT 1
# PLAINTIFF'S DEPOSITION DESIGNATIONS

| DEPONENT | DATE | FROM (PAGE:LINE) | THROUGH (PAGE:LINE) |
|---|---|---|---|
| | | 155:20 | 158:13 |
| | | 164:6 | 164:19 |
| | | 166:20 | 178:11 |
| | | 179:12 | 181:2 |
| | | 185:7 | 191:5 |
| | | 192:22 | 193:7 |
| | | 195:6 | 196:24 |
| | | 197:17 | 197:25 |
| | | 198:9 | 198:21 |
| | | 199:5 | 200:10 |
| | | 200:18 | 201:25 |
| | | 201:24 | 201:25 |
| | | 202:13 | 203:19 |
| | | 205:5 | 205:18 |
| | | 206:24 | 208:7 |
| | | 208:18 | 209:9 |
| | | 213:20 | 215:3 |
| | | 216:9 | 218:13 |
| | | 221:13 | 222:6 |
| | | 227:16 | 234:4 |
| | | 238:3 | 239:12 |
| | | 241:2 | 241:11 |
| | | 241:12 | 244:10 |
| | | 245:13 | 247:6 |
| | | 248:6 | 251:20 |
| | | 252:22 | 253:5 |
| | | 253:24 | 259:9 |
| | | 260:23 | 267:10 |
| | | 268:18 | 272:22 |
| | | 274:2 | 278:12 |
| | | 282:16 | 289:15 |
| | | 290:5 | 310:20 |
| **Marks, Thomas** | **6/18/08** | 5:8 | 5:23 |
| | | 6:13 | 8:9 |
| | | 9:15 | 12:4 |
| | | 15:7 | 16:22 |
| | | 18:8 | 19:21 |
| | | 20:1 | 20:11 |
| | | 21:14 | 23:25 |
| | | 24:8 | 27:7 |
| | | 27:20 | 28:22 |
| | | 31:2 | 32:14 |

# EXHIBIT 1
# PLAINTIFF'S DEPOSITION DESIGNATIONS

| DEPONENT | DATE | FROM (PAGE:LINE) | THROUGH (PAGE:LINE) |
|---|---|---|---|
| | | 33:5 | 34:5 |
| | | 37:24 | 38:25 |
| | | 43:3 | 47:1 |
| | | 47:4 | 47:16 |
| | | 48:15 | 49:2 |
| | | 49:20 | 50:16 |
| | | 50:19 | 52:17 |
| | | 55:24 | 56:9 |
| | | 60:8 | 60:24 |
| | | 63:14 | 65:4 |
| | | 67:2 | 69:20 |
| | | 70:15 | 71:5 |
| | | 71:13 | 73:25 |
| | | 74:15 | 74:25 |
| | | 77:20 | 81:13 |
| | | 81:14 | 83:22 |
| | | 84:12 | 85:19 |
| | | 87:5 | 91:11 |
| | | 93:10 | 93:22 |
| | | 94:25 | 96:6 |
| | | 109:22 | 111:5 |
| | | 112:17 | 114:4 |
| | | 124:22 | 125:12 |
| **Mayer, Doug** | **7/24/09** | 11:1 | 12:16 |
| | | 15:19 | 16:1 |
| | | 48:5 | 48:9 |
| | | 48:10 | 50:12 |
| | | 53:5 | 53:19 |
| | | 58:10 | 58:24 |
| | | 98:7 | 99:2 |
| | | 99:6 | 100:16 |
| | | 101:10 | 101:22 |
| | | 102:8 | 103:10 |
| | | 110:7 | 111:12 |
| | | 112:4 | 114:6 |
| | | 114:16 | 115:12 |
| | | 115:17 | 116:17 |
| | | 117:8 | 118:7 |
| | | 118:8 | 118:21 |
| | | 121:23 | 122:22 |
| | | 123:7 | 124:19 |
| | | 138:18 | 142:21 |

**EXHIBIT 1**
**PLAINTIFF'S DEPOSITION DESIGNATIONS**

| DEPONENT | DATE | FROM (PAGE:LINE) | THROUGH (PAGE:LINE) |
|---|---|---|---|
| | | 148:17 | 149:8 |
| | | 150:8 | 151:19 |
| | | 153:14 | 153:19 |
| | | 158:21 | 159:16 |
| | | 159:21 | 160:9 |
| | | 171:21 | 173:19 |
| | | 173:11 | 173:19 |
| | | 235:1 | 235:20 |
| | | 240:3 | 240:12 |
| | | 241:3 | 242:21 |
| | | 246:9 | 248:8 |
| | | 249:9 | 249:24 |
| | | 250:1 | 250:16 |
| **Pace, Howard** | **1/13/10** | 4:19 | 5:1 |
| | | 6:13 | 7:21 |
| | | 8:3 | 13:20 |
| | | 14:2 | 14:5 |
| | | 14:17 | 16:6 |
| | | 16:24 | 17:11 |
| | | 18:3 | 18:17 |
| | | 18:24 | 19:5 |
| | | 19:10 | 19:20 |
| | | 20:8 | 20:14 |
| | | 20:17 | 24:1 |
| | | 29:23 | 32:3 |
| | | 32:17 | 32:20 |
| | | 33:2 | 34:9 |
| | | 36:24 | 38:6 |
| | | 38:7 | 39:14 |
| | | 40:1 | 40:8 |
| | | 40:22 | 41:3 |
| | | 42:7 | 43:12 |
| | | 44:10 | 44:13 |
| | | 46:9 | 46:19 |
| | | 48:7 | 48:21 |
| | | 53:6 | 55:22 |
| | | 56:1 | 58:24 |
| | | 60:14 | 66:3 |
| | | 66:12 | 70:15 |
| | | 72:1 | 74:22 |
| | | 78:24 | 80:11 |
| | | 80:14 | 80:16 |

**EXHIBIT 1**
**PLAINTIFF'S DEPOSITION DESIGNATIONS**

| DEPONENT | DATE | FROM (PAGE:LINE) | THROUGH (PAGE:LINE) |
|---|---|---|---|
| | | 84:21 | 87:20 |
| | | 89:9 | 89:11 |
| | | 133:1 | 133:22 |
| **Schiller, Michael** | **9/17/09** | 10:20 | 11:4 |
| | | 11:20 | 11:24 |
| | | 15:18 | 16:7 |
| | | 16:8 | 16:18 |
| | | 16:19 | 18:3 |
| | | 20:13 | 20:21 |
| | | 40:9 | 41:7 |
| | | 41:11 | 42:1 |
| | | 42:11 | 44:5 |
| | | 52:14 | 52:17 |
| | | 52:18 | 52:25 |
| | | 53:16 | 54:2 |
| | | 54:11 | 55:5 |
| | | 55:6 | 56:11 |
| | | 58:24 | 59:15 |
| | | 61:7 | 61:23 |
| | | 61:24 | 62:1 |
| | | 62:19 | 63:6 |
| | | 64:24 | 65:12 |
| | | 66:5 | 66:14 |
| | | 66:24 | 67:2 |
| | | 67:23 | 68:19 |
| | | 69:4 | 70:19 |
| | | 71:15 | 71:23 |
| | | 72:15 | 72:18 |
| | | 72:24 | 73:4 |
| | | 73:18 | 74:12 |
| **Simes, Joshua** | **9/15/09** | 40:15 | 40:19 |
| | | 70:14 | 70:17 |
| **Vercruyssen, Jim** | **1/11/10** | 5:7 | 5:11 |
| | | 5:21 | 6:1 |
| | | 8:13 | 9:15 |
| | | 10:16 | 11:6 |
| | | 11:8 | 12:1 |
| | | 12:3 | 12:9 |
| | | 13:1 | 13:3 |
| | | 13:7 | 14:9 |
| | | 18:6 | 18:25 |
| | | 19:3 | 20:3 |

**EXHIBIT 1**
**PLAINTIFF'S DEPOSITION DESIGNATIONS**

| DEPONENT | DATE | FROM (PAGE:LINE) | THROUGH (PAGE:LINE) |
|---|---|---|---|
| | | 20:10 | 20:11 |
| | | 20:13 | 20:24 |
| | | 21:1 | 21:11 |
| | | 21:13 | 21:25 |
| | | 23:16 | 23:22 |
| | | 23:24 | 24:8 |
| | | 24:10 | 25:5 |
| | | 25:14 | 25:15 |
| | | 25:17 | 26:16 |
| | | 26:18 | 26:25 |
| | | 30:12 | 30:15 |
| | | 30:17 | 32:1 |
| | | 32:4 | 32:14 |
| | | 32:17 | 33:17 |
| | | 33:19 | 34:21 |
| | | 35:16 | 35:18 |
| | | 35:22 | 36:20 |
| | | 36:22 | 36:23 |
| | | 36:25 | 38:25 |
| | | 39:3 | 39:9 |
| | | 39:11 | 39:12 |
| | | 43:7 | 43:23 |
| | | 44:1 | 46:19 |
| | | 46:21 | 47:4 |
| | | 47:6 | 47:7 |
| | | 48:2 | 48:4 |
| | | 48:6 | |
| | | 48:8 | 49:23 |
| | | 49:25 | |
| | | 57:3 | 59:15 |
| | | 60:19 | 61:20 |
| | | 61:22 | 61:24 |
| | | 62:11 | 62:15 |
| | | 62:17 | 62:25 |
| | | 64:13 | 64:14 |
| | | 64:17 | 64:23 |
| | | 65:17 | 65:19 |
| | | 65:21 | |
| | | 65:22 | 66:12 |
| | | 66:24 | 67:7 |
| | | 67:24 | 68:1 |
| | | 68:4 | 68:12 |

**EXHIBIT 1**
**PLAINTIFF'S DEPOSITION DESIGNATIONS**

| DEPONENT | DATE | FROM (PAGE:LINE) | THROUGH (PAGE:LINE) |
|---|---|---|---|
| | | 68:17 | 69:6 |
| | | 69:15 | 70:3 |
| | | 70:5 | 70:17 |
| | | 70:22 | 71:1 |
| | | 71:3 | 71:23 |
| | | 71:25 | 72:16 |
| | | 72:18 | 73:15 |
| | | 73:17 | 74:3 |
| | | 74:7 | 74:15 |
| | | 74:17 | 75:12 |
| | | 75:15 | 75:22 |
| | | 76:21 | 77:2 |
| | | 77:5 | 77:10 |
| | | 77:12 | 77:17 |
| | | 77:19 | 77:23 |
| | | 87:8 | 89:22 |
| | | 90:7 | 93:2 |
| | | 95:6 | 95:12 |
| | | 95:16 | 95:21 |
| | | 107:3 | 109:24 |
| | | 110:2 | 110:7 |
| | | 110:17 | 110:19 |
| | | 112:14 | 112:25 |
| | | 113:8 | 113:9 |
| | | 113:11 | 113:23 |
| | | 114:1 | |
| | | 114:3 | 114:5 |
| **Zuelke, Scott** | **10/21/09** | 8:23 | 12:8 |
| | | 21:8 | 21:18 |
| | | 23:10 | 43:6 |
| | | 43:15 | 43:20 |
| | | 45:21 | 48:20 |
| | | 48:24 | 51:6 |
| | | 51:10 | 53:14 |
| | | 53:16 | 56:15 |
| | | 59:5 | 61:21 |
| | | 63:15 | 64:14 |
| | | 65:15 | 67:18 |
| | | 68:4 | 68:10 |
| | | 68:21 | 72:11 |
| | | 73:6 | 73:15 |
| | | 75:3 | 77:9 |

**EXHIBIT 1**
**PLAINTIFF'S DEPOSITION DESIGNATIONS**

| DEPONENT | DATE | FROM (PAGE:LINE) | THROUGH (PAGE:LINE) |
|---|---|---|---|
| | | 77:25 | 78:24 |
| | | 80:9 | 81:4 |
| | | 81:8 | 81:15 |
| | | 84:15 | 87:21 |
| | | 88:23 | 91:15 |
| | | 94:1 | 97:16 |
| | | 98:1 | 101:7 |
| | | 104:23 | 110:18 |
| | | 111:10 | 112:17 |
| | | 113:22 | 115:21 |
| | | 118:1 | 118:8 |
| | | 119:10 | 122:13 |
| | | 123:2 | 124:23 |
| | | 125:16 | 131:5 |
| | | 131:9 | 132:10 |
| | | 133:10 | 134:12 |
| | | 135:17 | 136:10 |
| | | 136:12 | 137:9 |
| | | 137:13 | 137:19 |
| | | 139:11 | 143:2 |
| | | 145:7 | 147:14 |
| | | 149:10 | 151:6 |
| | | 151:8 | 153:7 |
| | | 153:9 | 154:12 |
| | | 154:14 | 156:25 |
| | | 158:1 | 158:16 |
| | | 159:18 | 162:4 |
| | | 164:10 | 167:16 |
| | | 167:18 | 167:25 |
| | | 168:21 | 169:4 |
| | | 169:17 | 170:25 |
| | | 172:23 | 173:12 |
| | | 175:23 | 195:7 |
| | | 195:18 | 198:9 |
| | | 198:23 | 199:16 |