**EXHIBIT 2**
**DEFENDANT'S OBJECTIONS & COUNTERDESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

1.     Brian Belcher - 10/20/09

| NPI Designation | | GJ Objections | GJ Counter-Designations | |
|---|---|---|---|---|
| Start | End | | Start | End |
| 14:3 | 14:18 | Not relevant | | |
| 15:6 | 18:4 | Not relevant | | |
| 27:5 | 28:3 | 106 | 29:1 | 29:6 |
| 31:1 | 31:4 | Lack of foundation; not relevant; leading | | |
| 39:23 | 39:24 | Lack of foundation | | |
| 40:2 | | Lack of foundation | | |
| 43:19 | 44:4 | 106 | 44:5 | 45:13 |
| 45:14 | 45:17 | Lack of foundation | | |
| 45:22 | 46:15 | Lack of foundation | | |
| 46:16 | 46:24 | Leading | | |
| 46:25 | 47:17 | 106 | 46:24 | |
| 49:5 | 49:6 | Lack of foundation | | |
| 49:8 | | Lack of foundation | | |
| 51:1 | 51:7 | 106; lack of foundation | 51:8 | 51:11 |
| 56:7 | 56:18 | Lack of foundation | | |
| 61:6 | 62:10 | Lack of foundation; leading | | |
| 62:12 | 62:18 | Lack of foundation; leading | | |
| 62:20 | 62:25 | Lack of foundation; leading | | |
| 69:12 | 70:2 | Lack of foundation | | |
| 70:17 | 70:23 | Not relevant | | |
| 71:5 | 71:14 | Lack of foundation; not relevant; leading | | |
| 71:16 | 71:24 | Not relevant; leading | | |
| 72:20 | 73:17 | Lack of foundation; leading | | |
| 73:21 | | Leading; 106 | 74:3 | 74:15 |
| 83:19 | 83:25 | Leading; lack of foundation; 106 | 79:25 | 80:13 |
| 86:6 | 87:15 | Not relevant | | |
| 89:23 | 90:2 | Lack of foundation; leading | | |
| 91:2 | 92:1 | Lack of foundation; leading | | |
| 93:12 | 93:23 | Lack of Foundation; not relevant | | |
| 93:7 | 93:10 | Lack of foundation | | |

**EXHIBIT 2**
**DEFENDANT'S OBJECTIONS & COUNTERDESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

|  |  |  |  |  |
|---|---|---|---|---|
| 95:7 | 95:13 | Lack of foundation | | |
| 107:19 | 108:4 | 106 | 106:16 | 107:3 |
| 108:4 | 108:6 | Lack of foundation; not relevant;403 prejudicial | | |
| 111:3 | 111:8 | Lack of foundation | | |
| 111:9 | 111:25 | Lack of foundation | | |
| 112:3 | 112:4 | Lack of foundation | | |
| 112:16 | 112:25 | Lack of foundation; leading | | |
| 113:1 | 113:9 | Leading | | |
| 113:13 | | Leading | | |
| 116:6 | 116:20 | Leading | | |
| 117:9 | 117:20 | Leading | | |
| 121:7 | 121:22 | Lack of foundation; leading | | |
| 123:1 | 123:24 | 106 | 125:7 | 125:16 |
| | | | 126:6 | 126:10 |
| 130:13 | 131:6 | Lack of foundation; not relevant | | |
| 131:7 | 131:11 | Lack of foundation; not relevant | | |
| 131:12 | 131:17 | Lack of foundation; not relevant | | |
| 131:19 | 132:6 | 403; relevant | | |

2.   Richard Gardner - 1/13/10

| NPI Designation | | GJ Objections | GJ Counter-Designations | |
|---|---|---|---|---|
| Start | End | | Start | End |
| 140:18 | 142:22 | Not relevant | | |
| 144:18 | 146:1 | Not relevant | | |
| 147:5 | 149:12 | Not relevant; lacks foundation; leading | | |
| 149:14 | 153:3 | Not relevant; leading | | |
| 153:9 | 154:11 | Not relevant; lack of foundation | | |
| 154:14 | 154:20 | Lack of foundation; not relevant | | |
| 156:5 | 156:20 | Lack of foundation; not relevant | 157:5 | 157:16 |
| 164:15 | 164:20 | Not relevant; leading | | |
| 164:22 | 166:17 | Not relevant; leading | | |
| 170:4 | 170:8 | | | |
| 170:14 | 171:7 | Not relevant; lack of foundation; 403, prejudicial, confuses issues | | |
| 171:16 | 172:5 | Not relevant; lack of foundation; 403, | | |

**EXHIBIT 2**
**DEFENDANT'S OBJECTIONS & COUNTERDESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | prejudicial, confuses issues |  |  |
| 172:8 | 176:7 |  |  |  |
| 177:3 | 179:11 | Lack of foundation |  |  |
| 180:15 | 181:1 | Not relevant |  |  |
| 183:11 | 185:17 | Not relevant; 403, prejudicial, confuses issues; lack of foundation | 185:22<br>191:19 | 190:3<br>193:6 |

3.   Jeffrey Greene - 6/17/08

| NPI Designation | | GJ Objections | GJ Counter-Designations | |
|---|---|---|---|---|
| Start | End | | Start | End |
| 15:2 | 15:5 | Not relevant | | |
| 15:18 | 18:15 | | | |
| 18:24 | 19:12 | 106 | 19:13 | 19:15 |
| 34:24 | 34:25 | 106 | 35:1 | 35:22 |
| 67:5 | 68:17 | Lack of foundation; hearsay | | |
| 69:2 | 69:16 | Lack of foundation; hearsay | | |
| 70:5 | 70:21 | Lack of foundation; hearsay | | |
| 70:23 | 71:3 | Lack of foundation; hearsay | | |
| 76:15 | 77:25 | Not relevant; outside scope of 30(b)(6) | | |
| 78:12 | 78:23 | Not relevant; outside scope of 30(b)(6) | | |
| 79:8 | 79:19 | Not relevant; outside scope of 30(b)(6) | | |
| 88:15 | 89:9 | Lack of foundation | | |
| 89:24 | 90:7 | Lack of foundation | | |
| 90:18 | 91:6 | Lack of foundation | | |
| 97:3 | 98:2 | Not relevant | | |
| 99:14 | 101:5 | Not relevant | | |
| 102:8 | 103:19 | Not relevant; lack of foundation | | |
| 103:20 | 104:5 | Lack of foundation; hearsay; not relevant | | |
| 104:20 | 105:19 | Outside scope of 30(b)(6) ; lack of foundation, hearsay | | |
| 106:11 | 107:18 | Outside scope of 30(b)(6) ; lack of foundation, hearsay | | |
| 108:12 | 109:23 | Lack of foundation; hearsay | | |
| 111:9 | 112:5 | Outside scope of 30(b)(6) ; lack of foundation, | | |

3

**EXHIBIT 2**
**DEFENDANT'S OBJECTIONS & COUNTERDESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | hearsay |  |  |
| 113:18 | 114:8 | Lack of foundation |  |  |
| 114:23 | 115:7 | Lack of foundation |  |  |
| 117:1 | 117:13 | Lack of foundation; hearsay |  |  |
| 117:14 | 117:19 | 106 | 117:23 | 118:5 |
| 122:24 | 123:23 | Lack of foundation; hearsay |  |  |
| 124:15 | 125:13 | Outside scope of 30(b)(6) ; lack of foundation; hearsay |  |  |
| 125:14 | 127:4 | Lack of foundation |  |  |
| 127:18 | 128:11 | Lack of foundation |  |  |
| 131:1 | 131:7 | Lack of foundation |  |  |
| 136:18 | 137:6 | 106 | 137:7 | 137:9 |
| 137:17 | 138:12 | Lack of foundation |  |  |
| 139:5 | 139:15 | Lack of foundation |  |  |
| 140:10 | 141:16 |  |  |  |
| 141:22 | 143:16 | 106 | 144:2 | 144:15 |
| 143:22 | 144:1 |  |  |  |
| 148:17 | 149:22 | Lack of foundation |  |  |
| 150:23 | 152:25 | 106 | 153:1 | 153:11 |
| 155:18 | 156:6 | Lack of foundation |  |  |
| 157:24 | 158:20 | Lack of foundation |  |  |
| 163:16 | 163:25 | Outside scope of 30(b)(6) |  |  |
| 167:1 | 170:19 | Outside scope of 30(b)(6); lack of foundation; hearsay |  |  |
| 171:2 | 171:6 | Lack of foundation |  |  |
| 172:13 | 172:15 | Lack of foundation |  |  |
| 173:13 | 175:16 | Lack of foundation |  |  |
| 177:21 | 177:25 | Lack of foundation; leading |  |  |
| 180:22 | 181:24 | Lack of foundation |  |  |
| 182:24 | 183:1 | Leading |  |  |
| 185:24 | 186:17 | Lack of foundation |  |  |
| 191:19 | 191:24 | Lack of foundation |  |  |
| 193:23 | 194:5 | Lack of foundation; not relevant |  |  |
| 194:14 | 195:24 | Lack of foundation; not relevant |  |  |
| 197:8 | 199:19 | Not relevant |  |  |

**EXHIBIT 2**
**DEFENDANT'S OBJECTIONS & COUNTERDESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

| | | | | |
|---|---|---|---|---|
| 201:11 | 203:16 | Not relevant | | |
| 204:16 | 205:14 | Not relevant | | |
| 206:1 | 206:4 | Not relevant | | |
| 206:25 | 207:23 | Lack of foundation; not relevant | | |
| 207:24 | 208:10 | Lack of foundation; not relevant | | |
| 208:22 | 209:24 | Outside scope of 30(b)(6) ; lack of foundation; relevant | | |
| 210:23 | 212:25 | Outside scope of 30(b)(6) ; lack of foundation; hearsay | | |
| 213:13 | 214:7 | Not relevant | | |
| 216:1 | 216:9 | Not relevant | | |
| 217:10 | 219:2 | Not relevant | | |
| 219:3 | 219:17 | Outside scope of 30(b)(6); not relevant | | |
| 219:18 | 220:9 | Not relevant | | |
| 222:7 | 222:13 | Not relevant | | |
| 222:14 | 224:4 | Not relevant | | |
| 224:19 | 225:12 | Not relevant | | |
| 227:8 | 232:2 | | | |
| 229:16 | 232:2 | Not relevant | | |
| 232:6 | 233:12 | Not relevant; 106 | 233:13 | 233:25 |
| 234:1 | 234:19 | Not relevant | | |
| 237:14 | 238:6 | Not relevant | | |
| 238:14 | 239:21 | Outside scope of 30(b)(6) ; lack of foundation; not relevant | | |
| 242:8 | 243:2 | 106 | 241:13 | 242:7 |
| 245:2 | 245:11 | Not relevant | | |
| 250:1 | 251:20 | Not relevant | | |
| 252:9 | 253:23 | Not relevant | | |
| 254:19 | 255:14 | Not relevant | | |
| 256:13 | 260:25 | Not relevant | | |
| 267:5 | 267:24 | Not relevant | | |
| 268:11 | 269:15 | Not relevant | | |

**EXHIBIT 2**
**DEFENDANT'S OBJECTIONS & COUNTERDESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

4. Jeffrey Greene - 12/13/09

| NPI Designation | | GJ Objections | GJ Counter-Designations | |
|---|---|---|---|---|
| Start | End | | Start | End |
| 19:13 | 22:19 | Not relevant | | |
| 24:25 | 25:11 | Not relevant; 106 | 25:12 | 27:12 |
| | | | 27:20 | 28:24 |
| | | | 33:23 | 35:9 |
| 34:18 | 34:20 | | | |
| 51:25 | 53:5 | Not relevant | | |
| 53:10 | 54:4 | Lack of foundation; not relevant | | |
| 54:5 | 54:14 | Not relevant; 106 | 54:15 | 54:21 |
| 54:22 | 56:4 | Not relevant; 106 | 56:5 | 57:7 |
| 59:3 | 59:21 | Lack of foundation | | |
| 60:19 | 61:10 | Lack of foundation | | |
| 61:13 | 61:17 | | | |
| 66:22 | 68:6 | Lack of foundation | | |
| 76:11 | 78:20 | Not relevant; 403; 106 | 78:21 | 79:3 |
| 79:4 | 79:21 | Not relevant; 403 | | |
| 79:24 | 82:10 | Not relevant; 403 | | |
| 82:15 | 84:17 | Not relevant; 403 | | |
| 85:2 | 85:12 | Lack of foundation; not relevant | 86:7 | 86:18 |
| 85:17 | 85:25 | Lack of foundation; not relevant | 86:1 | 86:18 |
| 86:19 | 87:15 | Not relevant; 403 | | |
| 88:16 | 90:9 | Not relevant; 403; 106 | 90:10 | 90:11 |
| 95:22 | 96:9 | Not relevant; 403 | | |
| 100:10 | 102:17 | Not relevant; 403 | | |
| 104:22 | 105:4 | 106 | 106:7 | 106:20 |
| 107:20 | 108:1 | Form of question, mischaracterizes the document | | |
| 108:2 | 108:25 | Lack of foundation; form of question, witness improperly asked to testify on behalf of Gamber as a corporate entity | | |
| 114:23 | 115:23 | Not relevant | | |
| 116:11 | 116:23 | Not relevant; 106 | 119:2 | 119:17 |

6

**EXHIBIT 2**
**DEFENDANT'S OBJECTIONS & COUNTERDESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

| | | | | |
|---|---|---|---|---|
| 124:8 | 125:10 | Not relevant | | |
| 128:3 | 129:5 | Lack of foundation; hearsay; form of question, mischaracterizes the document | | |
| 129:10 | 130:9 | Lack of foundation; hearsay; form of question, mischaracterizes the document | | |
| 130:10 | 132:12 | Not relevant; subject matter excluded from trial pursuant to stipulation of parties | | |

**5.  Jennifer Guerndt - 8/26/09**

| NPI Designation | | GJ Objections | GJ Counter-Designations | |
|---|---|---|---|---|
| Start | End | | Start | End |
| 9:9 | 9:18 | Not Relevant; 106 | 9:5 | 9:8 |
| 14:19 | 15:1 | | | |
| 28:6 | 28:20 | 106 | 28:21 | 29:15 |
| 29:16 | 29:23 | 106 | 29:24 | 30:17 |
| 31:16 | 31:18 | 106 | 31:12 | 31:15 |
| 38:21 | 39:1 | 106 | 43:1 | 43:6 |
| 46:1 | 46:20 | 106 | 35:20 | 36:12 |
| 69:3 | 69:6 | Outside the Scope/106 | 68:20 | 69:2 |
| 74:5 | 74:7 | Not Relevant, Lack of Foundation; incomplete | | |
| 77:3 | 77:21 | Not Relevant/Lack of Foundation | | |
| 83:3 | 84:10 | Lack of Foundation/Calls for Speculation, 106 | 84:1 | 84:6 |
| 113:17 | 113:20 | Lack of foundation; 106 | 112:18 | 112:25 |
| 112:23 | 112:25 | Lack of Foundation | | |
| 117:15 | 118:10 | 106 | 118:11 | 118:12 |
| 121:4 | 121:8 | Not Relevant | | |
| 149:1 | 149:25 | Lack of foundation; leading; 106 | 148:16 | 148:25 |
| 150:1 | 150:24 | Not Relevant; Outside the Scope; Lack of Foundation, Leading; 106 | 150:25 | 151:4 |
| 159:11 | 159:19 | Leading | | |
| 160:6 | 160:20 | Not relevant; lack of foundation; 403; outside scope of notice | | |
| 161:16 | 162:1 | Not relevant; lack of foundation; 403; outside scope of notice | | |

**EXHIBIT 2**
**DEFENDANT'S OBJECTIONS & COUNTERDESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

| | | | | |
|---|---|---|---|---|
| 163:5 | 163:6 | Not relevant; lack of foundation; 403; outside scope of notice | | |
| 165:1 | 165:9 | Not relevant; 403 | | |
| 165:10 | 165:25 | Lack of foundation; 106 | 166:1 | 166:7 |
| | | | | |

### 6.     Jennifer Guerndt - 12/15/09

| | | | | |
|---|---|---|---|---|
| 16:15 | 17:2 | Lack of foundation | | |
| 36:24 | 38:19 | Not relevant | | |
| 44:15 | 45:17 | Lack of foundation; hearsay | | |
| 97:16 | 98:4 | Lack of foundation; not relevant | | |
| 100:12 | 101:2 | Lack of foundation; not relevant | | |
| 102:3 | 102:9 | Lack of foundation; not relevant, 106 | | |
| 127:5 | 127:11 | Lack of foundation; not relevant | | |
| 148:4 | 149:9 | Lack of foundation; not relevant | | |
| 157:6 | 158:2 | Not relevant | | |
| 158:6 | 159:4 | 106 | 159:5 | 160:10 |
| 162:15 | 163:6 | Not relevant; 403, prejudice and confusion of issues | | |
| 171:25 | 173:3 | Not relevant; 403, prejudice, confusion of issues | | |
| 193:13 | 193:17 | | | |
| 202:21 | 205:14 | Not relevant; 403, prejudice, confusion of issues; lack of foundation | | |

### 7.     Dennis Jones – 9/16/09

| NPI Designation | | GJ Objections | GJ Counter-Designations | |
|---|---|---|---|---|
| **Start** | **End** | | **Start** | **End** |
| 10:4 | 10:13 | | | |
| 14:3 | 15:1 | | | |
| 16:20 | 17:6 | | | |
| 56:22 | 57:10 | 106 | 57:11 | 58:8 |

**EXHIBIT 2**
**DEFENDANT'S OBJECTIONS & COUNTERDESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

**8.    Jason Lewandowski - 12/16/09**

| NPI Designation | | GJ Objections | GJ Counter-Designations | |
|---|---|---|---|---|
| Start | End | | Start | End |
| 12:24 | 14:25 | Not relevant | | |
| 19:6 | 19:24 | 106 | 19:25 | 20:3 |
| 19:25 | 20:2 | | | |
| 20:1 | 22:19 | Not relevant; lack of foundation; 106 | 22:20 | 23:4 |
| 23:5 | 24:3 | Lack of foundation | | |
| 24:4 | 25:9 | Lack of foundation; not relevant | | |
| 25:17 | 25:23 | Lack of foundation; not relevant | | |
| 26:13 | 27:10 | Lack of Foundation | | |
| 28:2 | 28:23 | Not relevant, lack of foundation, cumulative | | |
| 28:24 | 30:9 | Not relevant; lack of foundation | | |
| 30:24 | 31:13 | Not relevant; lack of foundation; Prejudicial – confuses the issues | | |
| 31:14 | 32:1 | lack of foundation; | | |
| 34:9 | 34:12 | Lack of foundation; not relevant | | |
| 34:21 | 35:14 | Lack of foundation, not relevant | | |
| 42:24 | 45:11 | Not relevant; 403 prejudicial, confuses the issues | | |

**9.    David Long - 7/9/09**

| NPI Designation | | GJ Objections | GJ Counter-Designations | |
|---|---|---|---|---|
| Start | End | | Start | End |
| 51:15 | 53:20 | 106 | 74:4 | 88:20 |
| 60:19 | 61:3 | Relevance;403 prejudicial | | |
| 97:9 | 103:23 | 106 | 93:13 | 93:23 |
| 103:24 | 104:12 | Not relevant | | |
| 106:15 | 107:5 | Relevance | | |
| 141:18 | 143:25 | 106 | 144:1 | 147:5 |
| 155:20 | 158:13 | Lack of foundation; leading | | |
| 166:20 | 174:10 | Not relevant; 403 | | |

9

**EXHIBIT 2**
**DEFENDANT'S OBJECTIONS & COUNTERDESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

|  |  |  |  |  |
|---|---|---|---|---|
| 180:22 | 181:2 | Not relevant; 403 | | |
| 197:17 | 197:25 | Lack of foundation; not relevant | | |
| 199:5 | 200:10 | Lack of foundation; not relevant | | |
| 200:18 | 201:18 | Lack of foundation; not relevant | | |
| 201:24 | 201:25 | | | |
| 206:24 | 208:7 | 403, cumulative | | |
| 227:16 | 231:19 | Not relevant | | |
| 231:20 | 233:5 | Lack of foundation | | |
| 241:2 | 241:11 | Not relevant | | |
| 245:13 | 247:6 | 403 | | |
| 275:3 | 275:10 | Lack of foundation | | |
| 275:22 | 276:6 | Leading | | |
| 276:7 | 278:12 | Not relevant; leading; lack of foundation | | |
| 287:22 | 288:1 | 403, waste of time, cumulative | | |
| 290:5 | 290:18 | Leading; 403 | | |
| 292:9 | 292:14 | Lack of foundation; leading | | |
| 292:16 | 293:18 | Lack of foundation; leading | | |
| 294:17 | 294:20 | 403 | | |
| 296:7 | 296:16 | 403 | | |
| 300:18 | 301:7 | Lack of foundation; not relevant; 403 | | |
| 301:20 | 303:14 | Not relevant; lack of foundation; leading; 403 | | |

10. Thomas Marks - 6/18/08

| NPI Designation | | GJ Objections | GJ Counter-Designations | |
|---|---|---|---|---|
| Start | End | | Start | End |
| 11:2 | 11:5 | Hearsay | | |
| 11:21 | 12:4 | Not relevant | | |
| 10:1 | 12:4 | 106 | 12:5 | 12:16 |
| 15:7 | 15:22 | Lack of foundation | | |
| 28:7 | 28:15 | Lack of foundation | | |
| 33:5 | 33:10 | Calls for legal conclusion | | |
| 33:19 | 33:22 | Lack of foundation; calls for speculation; not relevant | | |
| 33:25 | 34:5 | Lack of foundation; calls for speculation; not | 34:6 | 34:8 |

10

**EXHIBIT 2**
**DEFENDANT'S OBJECTIONS & COUNTERDESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

|        |        |                                                                                    |        |        |
|--------|--------|------------------------------------------------------------------------------------|--------|--------|
|        |        | relevant; 106                                                                      |        |        |
| 46:6   | 46:15  | Lack of foundation; calls for speculation                                          |        |        |
| 51:13  | 51:22  | Lack of Foundation; calls for speculation                                          |        |        |
| 55:24  | 56:9   | Not relevant                                                                       |        |        |
| 60:8   | 60:25  | Not relevant; calls for legal conclusion                                           |        |        |
| 64:12  | 64:17  | Lack of foundation                                                                 |        |        |
| 67:2   | 68:1   | Lack of foundation                                                                 |        |        |
| 69:15  | 69:20  | Lack of foundation; not relevant                                                   |        |        |
| 70:22  | 71:2   | Lack of foundation; not relevant                                                   |        |        |
| 78:23  | 79:2   | Lack of foundation; not relevant                                                   |        |        |
| 79:23  | 80:6   | Lack of foundation; not relevant                                                   |        |        |
| 87:5   | 89:24  | 106                                                                                | 75:6   | 75:20  |
|        |        |                                                                                    | 76:3   | 76:6   |
|        |        |                                                                                    | 76:13  | 77:1   |
| 93:10  | 93:22  | 106                                                                                | 76:3   | 76:6   |
| 95:1   | 96:6   | Lack of foundation; not relevant; 106                                              | 75:6   | 75:20  |
|        |        |                                                                                    | 76:3   | 76:6   |
| 112:22 | 113:8  | Lack of foundation; not relevant; 403, confusion of the issues; outside the scope  |        |        |
| 113:21 | 114:4  | Lack of foundation; not relevant; 403, confusion of the issues; outside the scope  |        |        |
| 124:22 | 125:12 | Not relevant; 403, confusion of the issues; outside the scope; 106                 | 125:24 | 126:7  |

11. Doug Mayer - 7/24/09

| NPI Designation || GJ Objections | GJ Counter-Designations ||
| Start | End | | Start | End |
|-------|------|---------------------------------------------------|-------|-------|
| 15:19 | 16:1 |                                                   |       |       |
| 48:5  | 48:9 |                                                   |       |       |
| 48:10 | 50:12 | Hearsay; 403; not relevant; non-responsive;106   | 50:16 | 52:11 |
| 53:5  | 53:19 | ; 106                                             | 53:20 | 54:7  |
| 58:10 | 58:24 | ; 106                                             | 59:1  | 59:14 |
| 115:17| 116:17| Hearsay                                          |       |       |
| 118:12| 118:21| Non-responsive                                   |       |       |

11

**EXHIBIT 2**
**DEFENDANT'S OBJECTIONS & COUNTERDESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

| | | | | |
|---|---|---|---|---|
| 121:23 | 122:22 | 106 | 130:12 | 133:13 |
| | | | 135:23 | 136:19 |
| 138:18 | 142:21 | 106 | 147:5 | 147:10 |
| 150:8 | 151:19 | Non-responsive; 403, undue prejudice | | |
| 153:14 | 153:19 | 106 | 170:2 | 171:12 |
| 158:21 | 159:16 | 106 | 158:10 | 158:20 |
| 159:21 | 160:9 | 106 | 160:10 | 160:14 |
| | | | 162:2 | 162:17 |
| | | | 168:23 | 169:4 |
| 171:21 | 173:19 | Hearsay | | |
| 235:1 | 235:20 | Lack of foundation | | |
| 240:3 | 240:12 | Not relevant; 403 | | |
| 241:3 | 242:21 | Lack of foundation; hearsay | | |
| 246:9 | 248:8 | Not relevant; 403; | | |
| 249:9 | 249:24 | Lack of foundation; calls for speculation | | |
| 250:1 | 250:16 | Lack of foundation; not relevant; | | |

**12.    Howard Pace - 1/13/10**

| NPI Designation | | GJ Objections | GJ Counter-Designations | |
|---|---|---|---|---|
| Start | End | | Start | End |
| 14:17 | 16:6 | Not relevant | | |
| 18:3 | 18:17 | Not relevant; lack of foundation | | |
| 18:24 | 20:14 | Not relevant; lack of foundation; leading | | |
| 20:17 | 24:1 | Not relevant; leading; lack of foundation | | |
| 33:2 | 34:9 | Not relevant; lack of foundation | | |
| 36:24 | 38:6 | Lack of foundation; not relevant | | |
| 38:7 | 39:14 | Lack of foundation; not relevant | | |
| 40:1 | 40:8 | Not relevant; leading | | |
| 40:22 | 41:3 | Not relevant; lack of foundation | | |
| 44:10 | 44:13 | Not relevant | | |
| 46:9 | 46:19 | Not relevant; lack of foundation | | |
| 60:14 | 66:3 | 403, prejudicial, misleading, confuses the issues | 122:14 | 123:11 |
| 66:12 | 70:15 | Relevance | | |

12

**EXHIBIT 2**
**DEFENDANT'S OBJECTIONS & COUNTERDESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

| 78:24 | 80:11 | Not relevant; lack of foundation | | |
| 80:14 | 80:16 | Not relevant | | |

### 13. Michael Schiller - 9/17/09

| NPI Designation | | GJ Objections | GJ Counter-Designations | |
|---|---|---|---|---|
| Start | End | | Start | End |
| 16:8 | 16:18 | | | |
| 16:19 | 18:3 | 106 | 18:18 | 19:6 |
| 20:13 | 20:21 | 106 | 20:22 | 21:6 |
| 40:9 | 41:7 | 106 | 40:7 | 40:8 |
| 42:11 | 44:5 | Hearsay [43:19-22]; 106 | 44:6 | 45:15 |
| 52:14 | 52:17 | Leading | | |
| 52:18 | 52:25 | 106 | 50:16 | 50:24 |
| 53:16 | 54:2 | Leading [53:20] | | |
| 54:11 | 55:5 | 106 | 55:12 | 58:7 |
| 61:24 | 62:1 | 106 | 62:2 | 62:18 |
| 62:19 | 63:6 | 106 | 63:7 | 63:19 |
| 66:5 | 66:14 | | | |
| 67:23 | 68:19 | 106 | 68:20 | 69:3 |
| 69:4 | 70:19 | 106 | 70:20 | 74:12 |
| 71:15 | 71:23 | 106 | 71:24 | 74:12 |
| 72:15 | 72:18 | 106 | 72:19 | 74:12 |
| 72:24 | 73:4 | 106 | 73:5 | 74:12 |

### 14. Joshua Simes – 9/15/09

| NPI Designation | | GJ Objections | GJ Counter-Designations | |
|---|---|---|---|---|
| Start | End | | Start | End |
| 40:15 | 40:19 | 106 | 39:12 | 41:5 |

13

**EXHIBIT 2**
**DEFENDANT'S OBJECTIONS & COUNTERDESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

15.   Jim Vercruyssen - 1/11/10

| NPI Designation | | GJ Objections | GJ Counter-Designations | |
|---|---|---|---|---|
| Start | End | | Start | End |
| 12:3 | 12:9 | | 12:10 | 12:14 |
| 13:7 | 14:9 | | 14:10 | 14:22 |
| 24:10 | 25:5 | | 25:6 | 25:13 |
| 25:17 | 26:25 | | 27:1 | 28:4 |
| 30:12 | 30:15 | | 29:9 | 30:11 |
| 35:22 | 36:20 | Hearsay [36:4] | | |
| 36:17 | 36:22 | Speculation; lack of foundation; hearsay [36:20-36:22] | | |
| 38:23 | 39:12 | Leading [38:23; 39:8] | | |
| 46:21 | 47:7 | | 47:8 | 47:11 |
| 48:2 | 49:25 | | 50:1 | 50:16 |
| | | | 51:4 | 51:19 |
| 57:3 | 59:15 | | 59:16 | 60:18 |
| 60:19 | 61:24 | | 61:25 | 62:10 |
| 62:11 | 62:25 | | 63:1 | 63:6 |
| 64:13 | 64:14 | Leading | | |
| 65:17 | 65:19 | Leading | | |
| 65:21 | | Leading | | |
| 65:22 | 66:12 | Leading [66:9-66:11], Lack of foundation | | |
| 66:24 | 67:7 | | 67:8 | 67:23 |
| 67:24 | 68:1 | Lack of foundation; speculation | | |
| 68:9 | 68:12 | Lack of foundation; speculation | | |
| 69:20 | 69:21 | Lack of foundation; speculation; hearsay | | |
| 69:23 | 69:24 | Leading; speculation | | |
| 70:2 | 70:3 | Leading; speculation; non-responsive answer [70:18-70:19] | | |
| 70:22 | 71:1 | Lack of foundation; leading; speculation | | |
| 71:3 | 71:12 | (previously designated objection stands) | | |
| 71:15 | 71:23 | Improper lay witness opinion [71:23] | | |
| 71:25 | 72:7 | Improper lay witness opinion | | |
| 72:13 | 72:16 | Lack of foundation; speculation; leading | | |
| 72:18 | 72:19 | Move to strike as non-responsive | | |
| 73:24 | 74:3 | Move to strike as non-responsive | | |
| 74:14 | 75:12 | Leading; speculation; irrelevant [74:14-74:15] | | |
| 75:9 | 75:16 | Lack of foundation; speculation; leading | | |
| 75:15 | 75:22 | | 75:23 | 76:6 |
| | | | 76:11 | 76:20 |
| 77:1 | 77:2 | Leading; vague; speculation | | |

14

**EXHIBIT 2**
**DEFENDANT'S OBJECTIONS & COUNTERDESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

| | | | | |
|---|---|---|---|---|
| 77:9 | 77:10 | Leading | | |
| 77:16 | 77:17 | Leading; irrelevant | | |
| 90:7 | 93:2 | | 93:3 | 93:10 |
| 95:6 | 95:12 | | 95:13 | 95:15 |
| 109:22 | 109:24 | Leading; speculation | | |
| 110:17 | 110:19 | | 110:20 | 111:16 |
| 112:14 | 112:25 | | 113:1 | 113:7 |

16.   Scott Zuelke - 10/21/09

| NPI Designation | | GJ Objections | GJ Counter-Designations | |
|---|---|---|---|---|
| Start | End | | Start | End |
| 23:10 | 43:6 | Not relevant; lack of foundation; 403, prejudicial, misleading, confuses the issues; hearsay | | |
| 43:15 | 43:20 | Not relevant | | |
| 45:21 | 48:20 | Not relevant; 403, prejudicial, misleading, confuses the issues; hearsay | | |
| 48:24 | 51:6 | Not relevant; lack of foundation; 403, prejudicial, misleading, confuses the issues; hearsay | | |
| 51:10 | 53:14 | Not relevant; 403, prejudicial, misleading, confuses the issues | | |
| 53:16 | 56:15 | Not relevant; lack of foundation; 403, prejudicial, misleading, confuses the issues; hearsay | | |
| 59:5 | 61:21 | Not relevant; 403, prejudicial, misleading, confuses the issues | | |
| 63:15 | 64:14 | Not relevant | | |
| 65:15 | 67:18 | Not relevant; form of question, mischaracterizes the document | | |
| 68:4 | 68:10 | Not relevant, prejudicial, confuses the issues | | |
| 68:21 | 72:11 | Not relevant; 403, prejudicial, misleading, confuses the issues | | |
| 75:3 | 77:9 | Not relevant; lack of foundation | | |
| 77:25 | 78:24 | Not relevant; lack of foundation | | |
| 80:9 | 81:4 | Not relevant | | |
| 81:8 | 81:15 | Not relevant; lack of foundation | | |

# EXHIBIT 2
## DEFENDANT'S OBJECTIONS & COUNTERDESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

| | | | | |
|---|---|---|---|---|
| 84:15 | 87:21 | Not relevant; 403, prejudicial, misleading, confuses the issues | | |
| 88:23 | 91:15 | Not relevant | | |
| 94:1 | 97:16 | Not relevant; lack of foundation | | |
| 98:1 | 101:7 | Not relevant; lack of foundation | | |
| 111:10 | 112:17 | Not relevant | | |
| 113:22 | 115:21 | Form of question | | |
| 119:10 | 122:13 | Form of question; relevance | | |
| 123:2 | 124:23 | Not relevant; 403, prejudicial, misleading, confuses the issues | | |
| 125:16 | 131:5 | Not relevant; 403, prejudicial, misleading, confuses the issues; lack of foundation | | |
| 131:9 | 132:10 | Not relevant; lack of foundation | | |
| 133:10 | 134:12 | Not relevant; lack of foundation | | |
| 135:17 | 136:10 | Not relevant; lack of foundation | | |
| 136:12 | 137:9 | Not relevant | | |
| 139:11 | 143:2 | Not relevant; form of question | | |
| 145:7 | 147:14 | Not relevant, lacks foundation; form of question, mischaracterizes witness' testimony | | |
| 149:10 | 151:6 | Not relevant; 403, prejudicial, misleading, confuses the issues; lack of foundation | | |
| 151:8 | 153:7 | Not relevant; lack of foundation | | |
| 153:9 | 154:12 | Not relevant | | |
| 154:14 | 156:25 | Not relevant; 403, prejudicial, misleading, confuses the issues; lack of foundation | | |
| 158:1 | 158:16 | Not relevant; 403, prejudicial, misleading, confuses the issues; lack of foundation | | |
| 159:18 | 162:4 | Not relevant; 403, prejudicial, misleading, confuses the issues; lack of foundation | | |
| 164:10 | 167:16 | Not relevant; 403, prejudicial, misleading, confuses the issues; lack of foundation | | |
| 167:18 | 167:25 | Not relevant | | |
| 168:21 | 169:4 | Not relevant | | |
| 169:17 | 170:25 | Not relevant; lack of foundation | | |
| 172:23 | 173:12 | Lack of foundation | | |
| 175:23 | 195:7 | Not relevant; 403, prejudicial, misleading, confuses the issues; lack of foundation; form of | | |

**EXHIBIT 2**
**DEFENDANT'S OBJECTIONS & COUNTERDESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | question |  |  |
| 195:18 | 198:9 | Not relevant; 403, prejudicial, misleading, confuses the issues; lack of foundation; form of question |  |  |
| 198:23 | 199:16 | Not relevant |  |  |