UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GAMBER-JOHNSON LLC, <br><br> Defendant. | CASE NO. C08-0049JLR <br><br> ORDER RELATING TO MOTIONS FOR JUDGMENT AS A MATTER OF LAW |

Before the court are the parties' motions for judgment as a matter of law pursuant to Rule 50(a) of the Federal Rules of Civil Procedure. (Dkt. ## 180, 183.) The court DENIES National Products, Inc.'s ("NPI") motion (Dkt. # 183) and orders supplemental briefing on Defendant Gamber-Johnson LLC's ("Gamber-Johnson") motion for judgment as a matter of law (Dkt. # 180). The court orders the parties to submit supplemental briefing addressing (1) the jury's award of damages and (2) NPI's request for injunctive relief.

ORDER- 1

The schedule for supplemental briefing is as follows:

(1) Gamber-Johnson shall file an opening brief no later than April 21, 2010. The opening brief shall not exceed ten pages;

(2) NPI shall file a responsive brief no later than April 28, 2010. The response shall not exceed ten pages; and

(3) Gamber-Johnson shall file a reply brief no later than April 30, 2010. The reply shall not exceed five pages.

Dated this 13th day of April, 2010.

JAMES L. ROBART
United States District Judge

ORDER- 2